**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES SHERMAN,**<br>        **Plaintiff,**<br><br>        **v.**<br><br>**COMPOSITION SYSTEMS, INC.,**<br>        **Defendant.** | **CIVIL ACTION**<br><br><br><br><br><br>**NO. 12-4106** |

## ORDER DENYING PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, this 13<u>th</u>  day of August 2013, after review of Plaintiff's Motion for Partial

Summary Judgment (ECF 21) and Defendant's Response thereto (ECF 24), Defendant's

Cross-Motion for Summary Judgment (ECF 22), Plaintiff's Response thereto (ECF 25 & 27), and

Defendant's Reply (ECF 26), and for the reasons set forth in the accompanying Memorandum of

Law, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment (ECF 21) is
   DENIED; and

2. Defendant's Cross-Motion for Summary Judgment (ECF 22) is
   DENIED.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Matt12\12cv4106 - Sherman v. Composition Systems\12cv4106.Order re Mots. for Sum. J..docx